HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON New York State Bar #5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JARED R. SAENZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED R. SAENZ,<br><br>Defendant. | Case No. 6:19-MJ-0078-JDP<br><br>STIPULATION AND PROPOSED ORDER TO APPOINT COUNSEL AND ADVANCE CASE FOR INITIAL APPEARANCE<br><br>Date: December 3, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

1. **THE DEFENDANT**, Jared R. Saenz, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender. Defendant, Jared R. Saenz, contacted our office today seeking appointed counsel. The undersigned, having reviewed Mr. Saenz's Financial Affidavit (attached), and having no reason to believe it is untruthful, respectfully recommended that the Federal Defender be appointed.

2. **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, National Park Service Legal Officer, Susan St. Vincent, counsel for plaintiff, and Assistant Federal Defender Benjamin Gerson, who respectfully request the court to advance and re-calendar Mr. Saenz's initial appearance from December 17, 2019 to December 3, 2019.

The undersigned, having spoken with Mr. Saenz, believe it is in the interest of

justice to begin representation immediately. Mr. Saenz has been suspended from his job as a result of the instant allegations and is facing collateral financial consequences which may force him to relocate away from Yosemite.  Therefore, both parties agree Mr. Saenz should make his initial appearance before the Court on December 3, 2019.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: November 26, 2019  */s/ Susan St. Vincent*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 26, 2019  */s/Benjamin Gerson*
Benjamin Gerson
Assistant Federal Defender
Attorney for Defendant
Jared Saenz

Saenz/ Stipulation and Order

2

## ORDER

Being satisfied that defendant is financially unable to retain counsel, I hereby appoint the Federal Defender pursuant to 18 U.S.C. § 3006A. Good cause appearing, I also advance the sentencing hearing currently scheduled for December 17, 2019, to December 3, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: <u>December 2, 2019</u>     _____
UNITED STATES MAGISTRATE JUDGE

Saenz/ Stipulation and Order

3