| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN GERSON, NY Bar #5505144 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JARED SAENZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00078-JDP |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| JARED SAENZ, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Jared Saenz, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Saenz is employed and lives in Mammoth Lakes, California. Because of the Tioga Pass/CA-120 winter closure, travel to Yosemite is arduous and expensive, taking in excess of eight hours by automobile. Therefore Mr. Saenz respectfully moves the court to allow his

attorney to appear on his behalf for non-dispositive hearings.

DATED: March 2, 2020    */s/ Jared Saenz*  
                                                JARED SAENZ  
                                                Defendant Authorized Electronically

DATED: March 2, 2020    */s/ Benjamin Gerson*  
                                                BENJAMIN GERSON  
                                                Assistant Federal Defender  
                                                Attorney for JARED SAENZ

ORDER

It is hereby ordered that defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   March 3, 2020

UNITED STATES MAGISTRATE JUDGE

Saenz: Rule 43 Waiver