Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARED R. SAENZ,<br><br>Defendant. | Docket Number 6:19-mj-00078-HBK<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:21-mj-00078-HBK*, without prejudice and in the interest of justice.

                        Respectfully submitted,

                        PHILLIP A. TALBERT
                        United States Attorney

Dated: June 2, 2021                /S/ *Sean O. Anderson*
                        SEAN O. ANDERSON
                        Legal Officer
                        Yosemite National Park

# **ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Saenz*, case no. 6:19-mj-00078-HBK, is dismissed without prejudice.  The June 25, 2021 Trial Confirmation Hearing and July 27-28, 2021 Bench Trial scheduled in this matter are vacated.

IT IS SO ORDERED.

Dated:   June 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE